**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO: 3:06-cr-144-J-20TEM

CLOVIS PINNOCK
a/k/a Devlin Myles

---

### ORDER

1. The United States' oral motion to correct the Information is **GRANTED,** without objection by counsel for Defendant. Accordingly, certain language was deleted from Count One of the Information, filed in open Court on May 4, 2006. The correction was made by lining through that language.

2. The United States' oral motion to correct the Government's Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, is **GRANTED**, without objection by counsel for Defendant. Accordingly, certain corrections were made to the Government's Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, filed in open Court on May 4, 2006. The corrections were made by either lining through the language or by interlineation.

3. The United States' oral motion to dismiss Count Two of the Information is **GRANTED**, without objection by counsel for the Defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of May, 2006.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Gallagher/Brown)
Federal Public Defender (Bailey)